**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**BILLY A. COMBS**                                                      **PLAINTIFF**

**V.**                    **CASE NO. 3:13CV00180 SWW**

**HARRISBURG POLICE DEP'T., et al.**                            **DEFENDANTS**

**ORDER**

Plaintiff Billy A. Combs, an inmate at the Poinsett County Detention Center, filed this lawsuit pro se and moved for leave to proceed *in forma pauperis*. (Docket entries #1, #2)  Because Mr. Combs did not submit an application that met the statutory requirements, his *in forma pauperis* motion was denied. (#3)  Mr. Combs was ordered to submit a complete application or pay the $400 statutory filing fee within thirty days to continue with this lawsuit.

Mr. Combs has not complied with the Court's August 23, 2013 Order, and the time for doing so has passed.  Accordingly, Mr. Combs's claims are dismissed, without prejudice, under Local Rule 5.5(c)(2), for failure to comply with a Court Order.  The Clerk is directed to close this case.

IT IS SO ORDERED this 8th day of November 2013.

                                       /s/Susan Webber Wright
                                       UNITED STATES DISTRICT JUDGE