IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**BILLY A. COMBS**                                                                                          **PLAINTIFF**

**V.**                         **CASE NO. 3:13CV00180 SWW**

**HARRISBURG POLICE DEP'T., et al.**                                             **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 8th day of November 2013.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE